PAUL R. G. HORST, Respondent, *v.* MONTAUK BREWING COMPANY, Appellant.

*Horst* v. *Montauk Brewing Co.*, 118 App. Div. 300, affirmed.
(Argued April 17, 1908; decided May 19, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 28, 1907, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover a balance alleged to be due for goods sold and delivered.

*Martin S. Lynch* for appellant.

*George A. Strong* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.